# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BRYAN SAILER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 6:24-cv-01242 |
| | ) |
| EMPORIA STATE UNIVERSITY, and | ) |
| DAVID SPAFFORD, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## COMPLAINT

Plaintiff Bryan Sailer, through counsel Sean McGivern and Michelle C. Le of Graybill & Hazlewood, LLC, states and alleges as follows for his cause of action against Defendants Emporia State University and David Spafford:

1. This action seeks redress for a women's soccer coach who was fired over complaints of gender inequity in college sports, in violation of Title IX of the Education Amendments Act of 1972, 20 U.S.C. § 1681 et seq. ("Title IX") and the First Amendment to the U.S. Constitution.

### PARTIES

2. Plaintiff Bryan Sailer is a citizen of the state of Kansas.

3. Defendant Emporia State University ("ESU") is a public university subject to suit.

4. At all times relevant to the allegations herein, Sailer was the head soccer coach for the ESU women's soccer team.

5. In his ten plus years at ESU, Sailer was "the winningest coach in program history and fifth winningest coach in MIAA history."[1]

6. David Spafford is a citizen of the State of Kansas.

7. At all times relevant to the allegations herein, Spafford has been ESU's Athletic Director.

## JURISDICTION & VENUE

8. Jurisdiction is proper in this Court pursuant to 28 U.S.C. § 1331 and the Civil Rights Remedies Equalization Act of 1986, codified at 42 U.S.C. § 2000d–7.

9. Venue is appropriate in the Wichita Division of the Court.

## STATEMENT OF CLAIM

10. Title IX, codified in relevant part at 20 U.S.C. § 1681, is a federal civil rights law that prohibits discrimination on the basis of sex in federally funded educational programs and activities.

11. At all times relevant to the allegations herein, ESU has been a recipient of federal financial assistance.

12. As a consequence of ESU's receipt of federal financial assistance, ESU is required to comply with Title IX.

---

[1] Emporia State University, "MIAA Championship Against Central Missouri Awaits Emporia State Soccer" https://esuhornets.com/news/2023/11/11/womens-soccer-miaa-championship-against-central-missouri-awaits-emporia-state-soccer.aspx (last checked Dec. 12, 2024).

13. On or about October 6, 2023, the captains of the ESU women's soccer team delivered a letter to ESU administrators, including President Ken Hush and A.D. Spafford.

14. The letter raised issues of unequal treatment by ESU between men's sports teams and the women's soccer team including:

   a. The soccer field was unusable, forcing the team to play at a local high school, which diminished their home field advantage and fan support. The field was neglected for over a year, and repairs were delayed until it was too late for the season.

   b. The team had limited and inadequate weightlifting sessions during the season (one hour per week), which are shared with other teams, disrupting their time and focus. Further, the team had an inadequate weight coach: he was a graduate assistant rather than a full-time coach.

15. A true and accurate copy of the letter is attached hereto as Exhibit "A" and its contents are incorporated by reference.

16. These concerns were not new to ESU. For the past year, Sailer had complained to Spafford about these and similar inequity issues.

17. Sailer passionately raised the issue with Colleen Mischke on September 16, 2024, when he complained about film. The film was unwatchable because of a lack of planning on ESU Operations' part. Sailer asserted that, if this involved the football team, it would not have happened.

18. Sailer personally told Spafford and Hush that the letter would be delivered to them, and that he supported the team. Spafford gave Sailer a blank stare in response.

19. The women's soccer team had a successful 2023 season, despite the inequities they experienced.

20. On November 9, 2023, the team defeated Washburn University to advance to the MIAA championship game.

21. The team competed in the MIAA championship game on November 11, 2023.

22. Because the game took place approximately one hour away from campus, the team chartered a bus for the trip. The team left for Wichita between 1:00 and 2:00 p.m. The team had lunch in Wichita and arrived at the stadium at approximately 6:00 p.m.

23. The MIAA championship game began at 8:00 p.m. on November 11, 2023.

24. ESU won the MIAA championship.

25. The victory was the soccer team's second MIAA championship in Sailer's thirteen seasons as head coach.

26. The championship was seen as a major accomplishment by the team and the University.

27. After the game, the senior players took shots of alcohol, while posing with the trophy for photos. Spafford and other University officials were nearby.

28. The team boarded the bus to make the one-hour return trip to Emporia. Before the bus departed, Sailer walked to the back of the bus and got the championship trophy. He did not see any alcohol. Sailer returned to his seat at the front of the bus. His fourteen-year-old son was in the seat behind him. Sailer spoke on the phone with his father to update him on the team's championship. After that, Sailer responded to several messages about winning the championship.

29. Sailer was aware the team was loud and rowdy, but that was not a surprise since they had just won a conference championship.

30. Sailer made a second trip to the back of the bus as the team was arriving in Emporia. He saw a bottle of alcohol. He did not see anyone drinking alcohol at that time. One of the players offered Sailer a drink but he declined.

31. Because the bus was already back in Emporia when the alcohol was noticed, Sailer advised the players to be safe and not to drive if they had been drinking.

32. On Sunday, November 12, 2023, Sailer saw a social media post depicting his players taking a shot with the championship trophy. Sailer told his players to take the post down.

33. On Monday, November 13, 2023, Spafford called Sailer at approximately 7:30 AM and instructed him to come to work immediately. When Sailer arrived at the ESU athletic building, Spafford greeted him in the lobby. Spafford promptly told Sailer that NCAA has contacted him twice about hosting a regional women's soccer tournament. Sailer told Spafford that he thought the meeting concerned the social media post of team members taking shots. Spafford stopped Sailer, saying "no." They went to Spafford's office and discussed the logistics of hosting the tournament. There was no further discussion of the consumption of alcohol by the student athletes.

34. ESU hosted the first two rounds of the NCAA Division II women's soccer tournament on November 18 and 20, 2023. The women's soccer team won both of those games and advanced in the tournament.

35. On November 20, 2023, the assistant coach Chloe Marquez and the graduate assistant for the soccer team reported to Spafford the team's drinking on the bus on November 11, 2023. The meeting occurred in Spafford's office. In the meeting, Marquez and the GA made false allegations against Sailer, particularly that he was aware of the drinking and participated in it.

36. At the time of the report, Spafford was aware there had been tension between Sailer and these two reporting witnesses throughout the season. Spafford previously had to address concerns over Marquez and the GA badmouthing Sailer to team members.

37. During that season, Marquez tried to get women's soccer team players to make complaints about Sailer. Marquez said she wanted to get Sailer fired.

38. On November 21, 2023, Spafford brought Marquez and the GA's complaint to human resources, and Human Resources Director Ray Lauber began an "investigation."

39. On November 21, 2023, Spafford emailed the women's soccer captains to tell them that he was aware of their Title IX complaint and he tied all their issues to Sailer. It took Spafford 6 weeks to respond to the captains' Title IX complaint.

40. A true and accurate copy of Spafford's response to the Title IX complaint is attached as Exhibit B.

41. On November 22, 2023, ESU suspended Sailer. ESU instructed Sailer not to communicate with players and staff, which prevented Sailer from contacting potential witnesses. ESU banned Sailer from campus unless coordinated through HR.

42. On or about November 26, 2023, four team captains called to speak with Spafford about the events of November 11, 2023, their discipline, and Sailer being put on leave. Colleen Mischke, ESU's Senior Associate Athletic Director was also on the line.

43. The call commenced by Mischke threatening the team captains with criminal prosecution if they chose to speak about the events of November 11, 2023.

44. During the phone call, Spafford told the students that, had he observed them drinking to celebrate their championship, he would have told them to put it away. The captains reported that Sailer did not know about the alcohol.

45. During the phone call, the captains brought up ESU's tradition of freshman football players drinking before games and standing drunk on the sidelines during games.

46. As it turns out, ESU did not investigate the allegations regarding football players being drunk on the field.

47. Spafford told the team captains the bus incident had nothing to do with NCAA rules, it only had to do with department or university policies.

48. Mischke stated during the call that ESU planned to interview more witnesses.

49. ESU did not interview any more witnesses.

50. Notes taken during the team captains' call with Spafford and Mischke did not end up in ESU's investigation file.

51. Further, as ESU was investigating the women's soccer team and coach Sailer, it received correspondence indicating that football players drank on the bus when returning from their bowl game at the end of the 2022 season.

52. On information and belief, ESU did not take action against coaches (or players) on the football team over inappropriate behavior involving alcohol.

53. On November 28, 2023, ESU announced to news media outlets that Sailer would not accompany the team to its remaining NCAA tournament games because he was suspended pending an investigation. In the same announcement, ESU notified the media that several women's soccer team members would be subject to possible sanctions including limited playing time in upcoming games.

54. The purpose of ESU's investigation was to fire Sailer.

55. ESU only interviewed three handpicked students who were on the bus that night.

56. On December 2, 2023, Sailer made a written request for ESU to interview everyone who was on the bus.

57. ESU did not interview anyone else.

58. ESU, through A.D. Spafford, fired Sailer on December 8, 2023.

59. ESU did not fire Marquez, the assistant coach.

60. ESU promoted Marquez to the position of interim head coach, immediately after it suspended Sailer.

61. ESU tolerates alcohol use by student athletes. For example, social media posts exist depicting women's basketball players and their coach on an official trip to Italy, where at least one player is holding a glass of wine. Another picture on social media depicts ESU President Ken Hush with individuals believed to be student-athletes, with beer on the kitchen counter.

62. On information and belief, ESU did not take action against coaches (or players) on the tennis team over on-campus consumption of alcohol.

63. After a lengthy unemployment hearing on March 22, 2024, which addressed the events giving rise to Sailer's termination, the Kansas Unemployment Referee determined: (i) ESU did not establish that Sailer engaged in misconduct; and (ii) Spafford was not a credible witness.

64. ESU violated Sailer's rights under Title IX.

65. Spafford personally participated in ESU's violation of Sailer's Title IX rights.

66. Spafford retaliated against Sailer for exercising his First Amendment rights.

67. Sailer has been damaged by ESU and Spafford's illegal conduct.

68. ESU and Spafford acted willfully, intentionally, and in reckless disregard for Sailer's rights.

Wherefore, Plaintiff Bryan Sailer prays that judgment be entered in his favor, and against Defendant Emporia State University, for damages in excess of $75,000.00, representing economic losses, noneconomic losses, compensatory damages, general damages, punitive damages, as allowed by law as to each Defendant, attorney's fees and costs, and all other relief that the Court deems just and equitable.

**Plaintiff Bryan Sailer demands trial by jury on all issues, including the formation of any alleged arbitration agreement.**

**Plaintiff Bryan Sailer designates Wichita, Kansas, as the place of trial.**

Dated: December 23, 2024.

GRAYBILL & HAZLEWOOD, LLC

/s/ Sean McGivern
Sean M. McGivern, #22932
Michelle C. Le, #28345, Of Counsel
218 N. Mosley St.
Wichita, KS 67202
Telephone: (316) 266-4058
Fax: (316) 462-5566
sean@graybillhazlewood.com
michelle@graybillhazlewood.com
*ATTORNEYS FOR PLAINTIFF*
