Exhibit A

Ken Hush, David Spafford, Colleen Mische, and Steve Rodecap,

On behalf of the Emporia State Women's Soccer Team, we first want to thank you for the additional scholarships that we have received and for the ways that we have seen our program benefit and develop under your guidance. We understand that your job is to do what is best for the university as a whole. We also recognize that this is not an easy job and things do not always go to plan. However, with this being said, we find it necessary to speak up about some issues that have arisen during our season. We want to make each of you aware of these issues in order to advocate for women's sports at this university and for our team in general.

Primarily, we would like to express our great disappointment in the state of our facilities and the manner in which they are being treated. The loss of a home field advantage and of support from fans due to having to play at a high school ten minutes away is pitiful. We recognize and appreciate that you are trying to repair it now. However, with all due respect, it is laughable that our field was untouched for a year until it was much too late. There was plenty of time to have the work completed prior to the home opener. Our past performance within the program merits more concern on behalf of our facilities, but even if we had not been a successful program, this is still unacceptable for any sport under any circumstance. It is simply embarrassing on the part of the university and the athletics program that 1. The high school has a better soccer field and 2. That one of the most successful programs of the university is being forced to play their home games at a local high school. The project should have been a higher priority and seen through in a reasonable time. It was not a great field in the first place, as we are the only sport on campus that is not playing on turf or under lights, but to not even be able to play at home during the greater majority of our season is unacceptable. We also want to highlight the fact that nearly every team we play in the MIAA plays soccer on their football stadium field.

Exhibit A

Since Welch Stadium has all kinds of plans for remodel, we just want to point out that there is always the opportunity to put soccer lines on the field and allow us to play there, as this would be a great solution for everyone involved. Simply put, the athletic department should be embarrassed with this situation. It is with great sadness that some of the players on this team did not play their last season on their home field after all they have done for the program and the university.

      Additionally, we are sure you are each aware of Title IX and the expectations and protections that are enacted under this law. Title IX ensures that *all* federally funded organizations are protected from discrimination based on gender. It also ensures that each of these said organizations receive equal funding and equal access to university facilities and equipment. The Women's Soccer Team at Emporia State University acknowledges that they have been vastly let down in these areas time after time. Not only do we not have a playable field, as we stated, but we believe we do not receive adequate access to our facilities. Men's sports, at this university, would never be met with the treatment we face. Our team attends a weightlifting session just once per week during the season, for one hour. This session is important to maintaining proper use of our bodies while they are being put under immense pressure. Instead of being treated with the same urgency and commitment as our men's sports teams, we are rushed out of the weight room, not even given a certified coach. Sadly, Women's Soccer has to share a weight lifting time with both Men's and Women's Basketball. The Women's Basketball team is already there when we arrive, and the Men's basketball team comes in halfway through our workout. During the off-season, we are required to lift at 6 am in order to accommodate other sports who are in season. Why, then, are other sports not required to respect our weightlifting time when we are in season? We have had this weightlifting time for 5+ years and have never

had this issue until this year, so clearly it is preventable if people were to care or listen to our concerns and requests. Our team strength and conditioning coach, Lane Brewer, has neglected all responsibility of the program, leaving his Graduate Assistant, Justin Miller, to complete his job. Lane does not even address or acknowledge our team. Our weightlifting workouts average 30 minutes, and it is the same workout each week. Keep in mind, this workout is being instructed by someone whose title is "Assistant". We ask you to honestly consider your answers to these questions: Would our men's sports face this kind of embarrassing treatment? Would the football team ever be rushed out of the weight room or find their team sharing just 5 racks total? Would the strength coach for any men's athletic team be allowed to neglect their job so much to the point where they make one workout and it doesn't change for the entire semester? Again, we recognize that things go on behind the scenes, but there is no other word for that than lazy. This is an absolute embarrassment of a strength program, and these actions show the way the university has let down one of its most successful programs yet again. Title IX is a powerful law, so powerful that in 2005 in the case of Jackson v. Birmingham Board of Education, a women's basketball coach spoke up because his team was not given proper access to facilities and funding. The school he coached at, instead of working to resolve these Title IX issues, fired him in order to avoid the public embarrassment of his complaints. Because of the treatment he and his team faced, this case made it all the way to the US Supreme Court, in which it was stated that all organizations at a federally funded institution are protected from this kind of discriminatory treatment AND are protected from retaliation if they speak up about Title IX downfalls. We say this only to recognize that because us players have spoken up, we recognize that Title IX protects our rights to acknowledge any potential errors. It is never too late to make a change, but what we have experienced during our time here is unacceptable. An apology should have been issued on

behalf of the athletics department to the soccer team due to their numerous oversights and poor treatment. No one ever took accountability or stepped up to acknowledge our team during this time and apologize for what happened, specifically with our field. We hope that you will take these notices into consideration and will investigate the treatment of female sports at Emporia State University.

Sincerely,

The Emporia State Women's Soccer Team Players

Case 6:24-cv-01242-JWL-BGS   Document 1-1   Filed 12/23/24   Page 4 of 4

Exhibit A