**Exhibit B**

The ESU Women's Soccer team prepared a letter and sent it to the administration.

Letter has been provided in the email as well. Hannah Woolery is/was a team captain.

This is the response from the Athletic Director. He did not respond to their letter until 11/21/2023 which is 2 days after the complaint was made. Timing seems very very odd.

The response to the team letter was provided to us by screenshot because the email is encrypted and is not able to be forwarded on to anyone. The player emailed these screen shots to us.







The field situation was not good.  In planning the project, all of the processes, timing and funding of the project had been worked through at the appropriate times to complete the project on time for the season.  A four to six-week project took six months to complete due to weather and the replaced turf not taking, leaving half of the project to be re-done.  Coach Sailer had been involved and apart of those conversations since the beginning.  Communication typically flows from administration to coaches to players.

Greatly appreciate your information regarding the strength and condition situation.  Some background since many of you are freshmen and sophomores on this communication.  This is the first year ESU has had a dedicated strength and conditioning program.  Coaching assignments were reallocated at the beginning of the year.  All communication of the change had been between Coach Sailer and Coach Kitzman.  Coach Sailer chose all times and frequency for training.  We have begun addressing the concerns in your letter.





letter.

Regarding Title IX, we have Title IX consultants arriving on campus in the next couple of months to provide an in-depth Title IX review of the athletic department. Note, this is an industry standard to do this and was already in process.

Thank you again for taking the time to provide your thoughts and concerns.

Best regards,

*Waiw Spaflow*

**David Spafford**
Vice President, Director of Athletics
Emporia State Athletics
1 Kellogg Circle, Box 4020
Emporia, KS 66801

Office: 620-341-5927
Cell: 620-487-5767

www.esuhornets.com

